UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dilenia Collado,<br><br>                   Plaintiff,<br>v.<br><br>Rubin & Rothman LLC; and<br>DOES 1-10, inclusive,<br><br>                  Defendants. | Civil Action No.:  2:12-cv-04065-LDW-ARL |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 4, 2012

                                                 Respectfully submitted,

                                                 PLAINTIFF, Dilenia Collado

                                                 /s/ Sergei Lemberg

                                               Sergei Lemberg, Esq. (SL 6331)
                                             **LEMBERG & ASSOCIATES L.L.C.**
                                             1100 Summer Street, 3rd Floor
                                             Stamford, CT 06905
                                             Telephone: (203) 653-2250
                                             Facsimile:  (203) 653-3424
                                             slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 4, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Sergei Lemberg
                                                     Sergei Lemberg